# CASES DISMISSED BEFORE THE CLERK OF THE SUPREME COURT DURING THE JANUARY TERM, A. D. 1913.

Henry C. Groves, Doing Business as Anti-Monopoly Drug Store, Plaintiff in Error, v. J. H. McLaurin and James D. Baker, Under the Firm Name of Southern Fixture & Supply Company, Defendants in Error.

Writ of error to a judgment of the Circuit Court for Marion County.

Edwin Spencer, Jr., for Plaintiff in Error.

Writ of error dismissed on praecipe of counsel for plaintiff in error, on March 27th, 1913.

---

C. R. Ferguson, as Marshal of the City of Miami, a Municipal Corporation, Plaintiff in Error, v. W. H. McDonald, as Agent for the Western Union Telegraph Company, a Corporation, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Dade County.

J. L. Billingsley, for Plaintiff in Error.

Writ of error dismissed on praecipe of counsel for plaintiff in error, on May 26th, 1913.

---

Peninsular Naval Stores Company, a Corporation, Appellant, v. The Florida Fruit & Truck Land Company, a Corporation, S. R. Fields, and State Bank of Kissimmee, a Banking Corporation, Appellees.

Appeal from a decree of the Circuit Court for Polk County.

Daniel & Boggs, for Appellant.

Appeal dismissed on praecipe of counsel for appellant, on May 31st, 1913.